# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY AYROW

NO. 2020 KW 1324

**FEB 1 8 2021**

---

In Re:    Anthony Ayrow, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 15-65.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

                        **VGW**
                        **JEW**
                        **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.c~_

DEPUTY CLERK OF COURT
    FOR THE COURT